**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David C White, | No. CV-26-01841-PHX-ASB |
| Plaintiff, | **ORDER** |
| v. | |
| Coin Hub, et al., | |
| Defendants. | |

This matter was assigned to Magistrate Judge Alison S. Bachus. (Doc. 2). On May 4, 2026, the Magistrate Judge filed a Report and Recommendation with this Court.[1] (Doc. 10). To date, no objections have been filed. The Magistrate Judge recommends that Plaintiff's Complaint (Doc. 1) be dismissed without prejudice for lack of subject matter

---

[1] This case is assigned to a Magistrate Judge. However, not all parties have consented to the jurisdiction of the Magistrate Judge. Thus, the matter is before this Court pursuant to General Order 21-25, which states in relevant part:

When a United States Magistrate Judge to whom a civil action has been assigned pursuant to Local Rule 3.7(a)(1) considers dismissal to be appropriate but lacks the jurisdiction to do so under 28 U.S.C. § 636(c)(1) due to incomplete status of election by the parties to consent or not consent to the full authority of the Magistrate Judge,

**IT IS ORDERED** that the Magistrate Judge will prepare a Report and Recommendation for the Chief United States District Judge or designee.

**IT IS FURTHER ORDERED** designating the following District Court Judges to review and, if deemed suitable, to sign the order of dismissal on my behalf:

Phoenix/Prescott: Senior United States District Judge Stephen M. McNamee

jurisdiction. (Doc. 20).

## STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

## DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation. (Doc. 10). Moreover, Plaintiff has not properly pled how this Court has subject matter jurisdiction over his Complaint. (Id.)

## CONCLUSION

Accordingly, for the reasons set forth,

**IT IS ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 10).

**IT IS FURTHER ORDERED dismissing** Plaintiff's Complaint (Doc. 1) **without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff may file an amended complaint on or before June 12, 2026.

**IT IS FURTHER ORDERED** that if Plaintiff chooses to file an amended complaint he must comply with Rule 8(a) of the Federal Rules of Civil Procedure and

include all the claims that he wishes to allege, jurisdictional basis, and the allegations that his claims are based upon, even if he previously presented them in his original Complaint. No part of the original Complaint may be incorporated by reference.

**IT IS FURTHER ORDERED** that if Plaintiff does not file an amended complaint on or before June 12, 2026, then the Clerk of Court must, without further notice, enter a judgment of dismissal of this action without prejudice and terminate this action.

Dated this 21st day of May, 2026.

_____
Stephen M. McNamee
Senior United States District Judge

- 3 -